IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Anthony L. Mann, | ) | C/A No.  0:14-1647-RMG-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SUPPLEMENTAL ORDER** |
| | ) | |
| Captain C. Williams; Captain Rhonda Abston, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

By order entered April 2, 2015 (ECF No. 83), the court granted in part the plaintiff's motion to compel, directing production of a brief excerpt from a prison policy regarding excessive use of force.  In that order, the court delayed disclosure of the excerpt pending the expiration of the time to appeal the assigned magistrate judge's order to the district judge.  The time permitted by applicable law to appeal the court's order has now expired and no appeal was filed by either party.  The excerpt from the decontamination portion of the policy at issue—specifically, OP-22.01 § 6.5—is hereby produced and states as follows:

> The use of, and subsequent treatment and decontamination for, chemical munitions will be in accordance with the manufacturer's recommendations.  Once it is determined that security has gained control of the situation, and an inmate's behavior is under control, the inmate will be afforded access to cold running water to wash him/herself.

The parties may refer to this excerpt in any legal filings in this case by citing to this Order.[1]

---

[1] To preserve the record for any subsequent review but also protect the security concerns raised by the defendants, the complete *in camera* submission from the defendants is docketed at ECF No. 80 with restricted access.



**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 22, 2015
Columbia, South Carolina